UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM M. WINDSOR | ) |
| Plaintiff, *pro se* | ) ) ) ) |
| v. | ) Civil Case No. 10-0197 (RJL) ) |
| JUDGE ORINDA D. EVANS, *et al.* | ) ) |
| Defendants. | ) |

ORDER
(February _16_, 2010)

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction [# 3] is DENIED, and it is further

**ORDERED** that plaintiff's Complaint is DISMISSED, and it is further

**ORDERED** that all remaining motions [# 4, 5, 6, and 7] are DENIED as MOOT, and it is further

2

**ORDERED** that this matter be referred to the United States District Court for the Northern District of Georgia to determine whether plaintiff is in contempt of an Order entered in that Court.

**SO ORDERED**.

                                              RICHARD J. LEON
                                              United States District Judge